# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLAYTON-M. BERNARD-EX., <br><br> Plaintiff <br><br> v. <br><br> M.L. WICKS TRUST, et al., <br><br> Defendants | Case No.: 2:25-cv-00569-APG <br><br> **Order Denying Motion to Strike** <br><br> [ECF No. 11] |

Plaintiff Clayton-M. Bernard-Ex. moves to strike filings of defendant Michelle Artice Gardner. ECF No. 11. However, Gardner has not appeared in this action and has filed no documents here. There is nothing to strike, so I deny the motion.

I THEREFORE ORDER that plaintiff Clayton-M. Bernard-Ex.'s motion to strike (ECF No. 11) is DENIED.

DATED this 17th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE