# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MR. CLAYTON-M. BERNARD-EX., | Case No.: 2:25-cv-00569-APG |
| Plaintiff | **Order Reassigning Case** |
| v. | |
| MICHELLE ARTICE GARDNER, | |
| Defendant | |

    Plaintiff Mr. Clayton-M. Bernard-Ex has been designated a vexatious litigant and must seek the court's prior approval to "file any pleadings or papers with this court that relate in any way to initiating new litigation or removing any action that is related, directly or indirectly, to the 2019 state action (Las Vegas Justice Court, Case No. 19C011528) brought against him by Catamount Properties 2018, LLC involving the real property located at 8221 Hydra Lane, Las Vegas, Nevada 89128 . . . ." *See* Case No. 2:24-cv-01834, ECF No. 37 at 12. As Chief Judge, I screen proposed complaints by vexatious litigants. Thus, Bernard-Ex's complaint in this case was assigned to me for screening to determine whether it violated the vexatious litigant order. I found that the proposed complaint does not violate the vexatious litigant order, but I dismissed the complaint for other reasons. ECF No. 24. Bernard-Ex filed an amended complaint. ECF No. 26. I have screened that complaint and it does not appear to violate the vexatious litigant order.

    I THEREFORE ORDER the clerk of the court to randomly reassign this case to a new judge.

    DATED this 5th day of May, 2025.

                                                          ANDREW P. GORDON
                                                          CHIEF UNITED STATES DISTRICT JUDGE